STATE OF MINNESOTA

IN SUPREME COURT

A15-0212

FILED

November 17, 2015

OFFICE OF
APPELLATE COURTS



Clarence Johnson,

Relator,

vs.

University Good Samaritan,

Respondent,

and

Sentry Insurance Group,

Respondent.

---

Clarence Johnson, Richfield, Minnesota, pro se.

Kirk C. Thompson, Cronan Thompson, Minneapolis, Minnesota, for respondents.

---

Considered and decided by the court without oral argument.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 22, 2015, be, and the same is, affirmed without opinion.

Dated: November 17, 2015

BY THE COURT:

Lorie S. Gildea
Chief Justice